Kerstin Arusha, State Bar #182624
Annette Kirkham, State Bar # 217958
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113
Telephone: (408) 280-2412
Fascimile: (408) 293-0106
Attorneys for Plaintiffs Stella and Jack Syvertsen

*E-FILED 7/14/04*

Liza Cristol-Deman, State Bar No. 190516
Christopher Brancart, State Bar No. 128475
BRANCART & BRANCART
P.O Box 686
Pescadero, CA  94060
Tel:   (650) 879-0141
Fax:  (650) 879-1103
Attorneys for Plaintiff Project Sentinel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA SYVERTSEN, JACK SYVERTSEN, and PROJECT SENTINEL, a California not-for-profit corporation;<br><br>    Plaintiffs,<br><br>    v.<br><br>G&K MANAGEMENT, G&K INDUSTRIES, and KARLA DOE;<br><br>    Defendants. | Case No.  C05-0643 RS<br><br>**JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION SUBJECT TO CONSENT DECREE AND SETTLEMENT AGREEMENT; DISMISSAL OF LUZ SOTO WITH PREJUDICE; [~~PROPOSED~~] ORDER** |

The parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety, subject to the terms of the consent decree and settlement agreement executed by the parties.  It is further stipulated by and between the parties that Luz Soto is dismissed with prejudice and that Luz Soto is not subject to the terms of the consent decree or the settlement agreement executed by the parties.

///

1

Syvertsen, et al,  v. G & K Management, et al-Stipulated Dismissal

Each side is to bear its own costs.

So stipulated.

DATED:  July 14, 2005          **FAIR HOUSING LAW PROJECT**

/s/_____
Kerstin Arusha
Attorney for Plaintiffs Stella and Jack Syversten

DATED:  July 5, 2005           **BRANCART AND BRANCART**

/s/_____
Liza Cristol-Deman
Attorney for Plaintiff Project Sentinel

DATED:  July 12, 2005          **SAUER & WAGNER, LLP**

/s/_____
Sheryl A. Ragen
Attorney for Defendants

[PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that Luz Soto is dismissed with prejudice and that this action is dismissed in its entirety subject to the terms of the consent decree and settlement agreement executed by the parties.  Each side is to bear its own costs.

Dated: 7/14 ___, 2005

/s/ Richrd Seeborg

HONORABLE RICHARD SEEBORG
MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT